**IN RE: Mustafa MUHAMMAD Petitioner.**

No. 17-1764

United States Court of Appeals, Fourth Circuit.

Submitted: August 8, 2017

Decided: August 10, 2017

Mustafa Muhammad, Petitioner Pro Se.

Before GREGORY, Chief Judge, and WILKINSON and MOTZ, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mustafa Muhammad petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his motion for new trial. He seeks an order from this court directing the district court to act. We find the present record does not reveal undue delay in the district court. Accordingly, we deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*